UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                          In Bankruptcy

**CITY OF DETROIT, MICHIGAN**               Case No. 13-53846
                                                                      Chapter 9
                                                                      Hon.

        Debtor.
_____/

## REQUEST OF KENNETH SCHNEIDER FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE That Kenneth Schneider, resident of the city of Detroit and interested party in the above captioned case, requests that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on

                               Kenneth M. Schneider
                               Schneider Miller P.C.
                               645 Griswold, Ste. 3900
                               Detroit, MI 48226

                                                     SCHNEIDER MILLER, P.C.

Dated: July 18, 2013              By:    */s/ Kenneth M. Schneider*
                                                 Kenneth M. Schneider (P31963)
                                                 Attorney for Trustee
                                                 645 Griswold, Suite 3900
                                                 Detroit, Michigan 48226
                                                 (313) 237-0850
                                                 kschneider@schneidermiller.com