**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

CITY OF DETROIT, MICHIGAN                                    Case No. 13-53846

                                                             Chapter 9

                    Debtor.                                  Hon.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as counsel to Hercules &

Hercules, Inc., and requests that copies of all notices, pleadings and other papers served

or required to be served in this case also be served, electronically or otherwise, on:

> MAXWELL DUNN, PLC
> Attn: Ethan D. Dunn
> 26339 Woodward Avenue
> Huntington Woods, MI 48070

> Respectfully submitted,
> MAXWELL DUNN, PLC
>
> */s/ Ethan D. Dunn*
> Ethan D. Dunn (P69665)
> Attorneys for Hercules & Hercules, Inc.
> 26339 Woodward Avenue
> Huntington Woods, MI 48070
> (248) 246-1166
> (248) 565-2480 (fax)
> edunn@maxwelldunnlaw.com

Dated: July 18, 2013