# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

In re:   CITY OF DETROIT, MICHIGAN

                Debtor(s).

_____/

Case No.: 13-53846
Chapter:   9
Judge:

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appears as counsel to Upwright Wrecking and Demolition, LLC., and requests that copies of all notices, pleadings and other documents served or required to be served in this case also be served, electronically or otherwise, on:

GUDEMAN & ASSOCIATES, PC
1026 E. Eleven Mile Road
Royal Oak, MI  48067
ecf@gudemanlaw.com

Respectfully submitted,

**/s/ Edward J. Gudeman**
Edward J. Gudeman (P14454)
Gudeman & Associates, PC
1026 W. Eleven Mile Road
Royal Oak, MI  48067
248-546-2800
**ecf@gudemanlaw.com**