UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846

Debtor

---

| | |
|---|---|
| David G. Helman (OH0038271) | Foster Swift Collins & Smith PC |
| Heather Lennox (OH0059649) | By: Dirk H. Beckwith (P35609) |
| Jones Day | Attorneys for U.S. BANK N.A. |
| Attorneys for City of Detroit | 32300 Northwestern Highway, Suite 230 |
| North Point | Farmington Hills, Michigan 48334-1571 |
| 901 Lakeside Avenue | 248.539.9918 |
| Cleveland, Ohio 44114 | |
| 216.586.3939 | |
| dgheiman@jonesday.com | |
| hlennox@jonesday.com | |

Bruce Bennett (CA105430)
Jones Day
Attorneys for City of Detroit
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
213.243.2382
bbennett@jonesday.com

Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Miller Canfield Paddock Stone PLC
Attorneys for City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
313.963.6420
green@millercanfield.com
laplante@millercanfield.com

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

99999:DBECKWIT:1665381-1
7/19/2013
05-74665-tjt    Doc    Filed 07/19/13    Entered 07/19/13 09:37:15    Page 1 of 2

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that U. S. Bank N.A., a party-in-interest herein, hereby appears by its attorneys listed below and, pursuant to Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the following:

                Dirk H. Beckwith (P35609)
                Foster Swift Collins & Smith PC
                32300 Northwestern Highway, Suite 230
                Farmington Hills, Michigan 48334-1471
                dbeckwith@fosterswift.com

                Foster Swift Collins & Smith PC


                /s/ Dirk H. Beckwith
                By: Dirk H. Beckwith (P35609)
                Attorneys for New England Flight Watch
                32300 Northwestern Highway, Suite 230
                Farmington Hills, Michigan 48334-1571
                248.539.9918


Dated: July 19, 2013