IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846 |

NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS UNDER
11 U.S.C. §§ 901, 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

**PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel to Assured Guaranty Municipal Corp. ("Assured") and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable in chapter 9 cases by section 901 of the Bankruptcy Code, requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) or reorganization, or other documents, filed or entered in this case, be transmitted to the following:

> Lawrence A. Larose, Esq.
> Samuel S. Kohn, Esq.
> Carrie V. Hardman, Esq.
> WINSTON & STRAWN, LLP
> 200 Park Avenue
> New York, NY 10166-4193
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700
> Email: llarose@winston.com
> Email: skohn@winston.com
> Email: chardman@winston.com

1

-and-

Sarah T. Foss, Esq.
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: 713-651-2600
Facsimile: 713-651-2700
Email: sfoss@winston.com

**PLEASE TAKE FURTHER NOTICE** that under sections 901 and 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Assured, with respect to: (a) the City of Detroit, Michigan (the "Debtor"); (b) property of the Debtor or proceeds thereof in which the Debtor may claim an interest; or (c) property of the Debtor or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by Assured.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) Assured's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) Assured's rights to a trial by jury in any proceeding so triable in this case or any case; (3) Assured's rights to have the

United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Assured is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Assured expressly reserves.

Dated: July 19, 2013

      /s/ Samuel S. Kohn
WINSTON & STRAWN LLP
Lawrence A. Larose, Esq.
Samuel S. Kohn, Esq.
Carrie V. Hardman, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

and

Sarah T. Foss, Esq.
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: 713-651-2600
Facsimile: 713-651-2700
Email: sfoss@winston.com

*Counsel for Assured Guaranty Municipal Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Appearance** was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 19th day of July, 2013.

WINSTON & STRAWN LLP

By: /s/ Samuel S. Kohn
Samuel S. Kohn, Esq.