*In re:*

City of Detroit, Michigan

      DEBTOR

_____/

**Case Number:** 13-53846
**Chapter** _9_

# REQUEST FOR DESIGNATION OF BANKRUPTCY JUDGE

    I, <u>Katherine B. Gullo</u>, an appointed and qualified clerk of the United States Bankruptcy Court for the District of Michigan, hereby certify that the above-named case was filed as a case under Chapter 9 of the Bankruptcy Code, 11 U.S. C. §901, in the United States Bankruptcy Court for the Eastern District of Michigan on July18, 2013.

    Pursuant to 11 U.S.C. §921(b), as Clerk of Court, I request that the Honorable Alice M. Batchelder, Chief Judge of the United States Court of Appeals for the Sixth Circuit, designate a bankruptcy judge to conduct this case.

Dated: July 19, 2013

<u>Katherine B. Gullo, Clerk of Court</u>
United States Bankruptcy Court,
Eastern District of Michigan