UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　　　　　Chapter 9

　　　Debtor.　　　　　　　　　　　　　　　　　　　　Case No. 13-53846
_____/

**APPEARANCE, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:　　The Debtor, all Creditors and Interested Parties

　　　PLEASE TAKE NOTICE that the law firm referenced below has on this date entered their appearance in the above-referenced case as counsel for US Health & Life Insurance Company, in this case and requests that all notices given or required to be given in this case and all papers served in this case be given and served on the undersigned attorney at the address set forth below:

Sandra L. O'Connor
Gold, Lange & Majoros, P.C.
24901 Northwestern Highway, Suite 444
Southfield, MI 48075
Tel: 248-350-8220
Email: soconnor@glmpc.com

　　　PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Court add the law firms to the matrix of creditors and that the Debtor add the law firm to any limited service list.

　　　PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully Submitted,

GOLD, LANGE & MAJOROS, P.C.

Dated: July 19, 2013

/s/ Sandra L. O'Connor
Attorney for U.S. Health & Life Insurance Company
24901 Northwestern Highway, Suite 444
Southfield, Michigan 48075
(248) 350-8220
soconnor@glmpc.com
(P70984)

H:\GLM CLIENTS - CH 9\US Health & Life Insurance\Appearance (SLO).pks.wpd