UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846
 Chapter 9
City of Detroit, Michigan  Hon.

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned attorney and law firm hereby enter their Appearance pursuant to Section 1109(b) of the Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a)(b)(f) and 3017(a). All such notices should be addressed as follows:

> Douglas C. Bernstein, Esq.
> Plunkett Cooney
> 38505 Woodward Avenue, Suite 2000
> Bloomfield Hills, Michigan  48304

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the Notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above cases and the proceedings therein.

PLUNKETT COONEY

By: /s/ DOUGLAS C. BERNSTEIN
Douglas C. Bernstein
Attorney at Law
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4091
dbernstein@plunkettcooney.com
P33833

July 19, 2013
Open.10604.90835.12759935-1