**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:                                                                    Case No. 13-53846
                                                                                   Chapter 9

CITY OF DETROIT, MICHIGAN,

      Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that undersigned hereby files an appearance as counsel for Health Alliance Plan of Michigan and pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the offices set forth below:

> Ronald L. Rose
> Dykema Gossett PLLC
> Counsel for Health Alliance Plan of Michigan
> 39577 Woodward Avenue
> Suite 300
> Bloomfield Hills, MI 48304
> (248) 203-0519 / (248) 203-0763 (fax)
> rrose@dykema.com
>
> -and-
>
> Michael J. Gearin
> K&L Gates LLP
> Co-Counsel for Health Alliance Plan of Michigan
> 925 Fourth Avenue
> Suite 2900
> Seattle, WA 98104-1158
> (206) 370-6666/ (206) 370-6067 (fax)
> mike.gearin@klgates.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the Debtor.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

        By: */s/ Ronald L. Rose*
        Ronald L. Rose (P19621)
        Attorneys for Health Alliance Plan of Michigan
        Dykema Gossett PLLC
        39577 Woodward Avenue, Suite 300
        Bloomfield Hills, MI 48304
        (248) 203-0519 / (248) 203-0763 (fax)
        rrose@dykema.com

        Michael J. Gearin
        K&L Gates LLP
        Co-Counsel for Health Alliance Plan of Michigan
        925 Fourth Avenue
        Suite 2900
        Seattle, WA 98104-1158
        (206) 370-6666/ (206) 370-6067 (fax)
        mike.gearin@klgates.com

Dated: July 19, 2013

2

05-74665-tjt    Doc    Filed 07/19/13    Entered 07/19/13 13:40:04    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys on that system.

By: */s/ Ronald L. Rose*
Ronald L. Rose (P19621)
Dykema Gossett PLLC
Attorneys for Health Alliance Plan of Michigan
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0519 / (248) 203-0763 (fax)
rrose@dykema.com