UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                               In Bankruptcy

**CITY OF DETROIT, MICHIGAN**                   Case No. 13-53846
                                                                       Chapter 9
                                                                       Hon.
Debtor.
_____/

## REQUEST OF MCALPINE PC FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE That David Zack of McAlpine PC, an interested party in the above captioned case, requests that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

                                David M. Zack
                                McAlpine PC
                          3201 University Dr., Ste. 100
                             Auburn Hills, MI 48326

                              Respectfully submitted,

                              **MCALPINE PC**

                              /s/David M. Zack
                              Mark L. McAlpine (P35583)
                              Marcus R. Sanborn (P69565)
                              David M. Zack (P69944)
                              3201 University Drive, Suite 100
                              Auburn Hills, MI 48326
                              (248) 373-3700
                              dmzack@mcalpinepc.com

Dated: July 19, 2013