# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In Re:                                                Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                            Chapter 9

      Debtor.                                      Hon.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of UBS AG, creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010, requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

    WARNER NORCROSS & JUDD LLP
    Stephen B. Grow
    Douglas A. Dozeman
    Charles N. Ash Jr.
    111 Lyon St. NW Suite 900
    Grand Rapids, MI 49503
    616.752.2000
    Fax: 616.222.2158
    sgrow@wnj.com
    ddozeman@wnj.com
    cash@wnj.com

    and

    BINGHAM MCCUTCHEN LLP
    Edwin E. Smith
    Jared Clark
    Steven Wilamowsky
    E. Marcus Marsh
    399 Park Avenue
    New York, NY 10022-4689
    212.705.7000
    Fax: 212.752.5378
    edwin.smith@bingham.com
    jared.clark@bingham.com
    steven.wilamowsky@bingham.com
    marcus.marsh@bingham.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of UBS AG to have final orders entered only after de novo review by the District Court; (2) the right of UBS AG to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of UBS AG to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to which UBS AG is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

/s/ Stephen B. Grow
Stephen B. Grow (P39622)
111 Lyon St. NW Suite 900
Grand Rapids, Michigan 49503
(616)752-2158
sgrow@wnj.com

9320627