# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In Re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

      Debtor.                                   Hon.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for and on behalf of Merrill Lynch Capital Services, Inc., ("Merrill Lynch") creditor in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and 9010 requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on the following:

> WARNER NORCROSS & JUDD LLP
> Stephen B. Grow
> Douglas A. Dozeman
> Charles N. Ash Jr.
> 111 Lyon St. NW Suite 900
> Grand Rapids, MI 49503
> 616.752.2000
> Fax: 616.222.2158
> sgrow@wnj.com
> ddozeman@wnj.com
> cash@wnj.com

> and

> CADWALADER WICKERSHAM & TAFT LLP
> Mark Ellenberg
> Howard Hawkins
> Lary Stromfeld
> Jason Jurgens
> One World Financial Center
> New York, NY 10281
> 212.504.6291
> Fax: 212.504.6666

Mark.Ellenberg@cwt.com
Howard.Hawkins@cwt.com
Lary.Stromfeld@cwt.com
Jason.Jurgens@cwt.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) any right of Merrill Lynch to have final orders entered only after de novo review by the District Court; (2) the right of Merrill Lynch to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (3) the right of Merrill Lynch to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, or defenses to which Merrill Lynch is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, and defenses are expressly preserved.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

/s/ Stephen B. Grow
Stephen B. Grow (P39622)
111 Lyon St. NW Suite 900
Grand Rapids, Michigan 49503
(616)752-2158
sgrow@wnj.com

9320681