# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 29, 2019, the City filed the *City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* [Doc. No. 13152] ("Objection").

2. On December 11, 2019, the DPOA filed a response to the Objection. [Doc. No. 13193].

3. The Court conducted a hearing on the Objection on February 12, 2020.

4. The Court scheduled a further hearing on the Objection, for the purpose of issuing an oral bench opinion, on March 25, 2020.

5. On March 24, 2020, the Court adjourned the hearing to April 29, 2020. [Doc. No. 13273].

6. The parties have agreed on a settlement in principle but need additional time to document the settlement.

7. The parties respectfully request that the Court adjourn the April 29, 2020, hearing for approximately 30 days to allow the parties to document the settlement and convert the hearing into a status conference.

8. WHEREFORE, the City and the DPOA respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the April 29, 2020, hearing for approximately 30 days.

STIPULATED AND AGREED TO ON April 8, 2020:

| | |
|---|---|
| By: /s/ Barbara A. Patek | By: /s/ Marc N. Swanson |
| Barbara A. Patek | Marc N. Swanson (P71149) |
| Attorney for Creditor – DPOA | Attorney for Debtor – City of Detroit |
| 24 E. Flint Street, Suite 2 | 150 West Jefferson, Suite 2500 |
| Lake Orion, MI 48362 | Detroit, MI 48226 |
| (248) 814-9470 | (313) 496-7591 |
| pateklaw@gmail.com | swansonm@millercanfield.com |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Upon the *Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* ("<u>Stipulation</u>")[1]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the April 29, 2020, hearing on the Objection is cancelled.

IT IS FURTHER ORDERED that the Court will hold a status conference on the Objection on _____.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.